So Ordered.

Signed this 12 day of May, 2016.

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

In re:

      Jeffrey T. Okerman and
      Autumn Okerman                       Case No. 14-11739
                                               Chapter 13

                      Debtor(s).

------------------------------------------------------------

### STIPULATION AND ORDER AUTHORIZING PARTIES TO ENTER INTO LOAN MODIFICATION AND DIRECTING TREATMENT OF MORTGAGE CLAIM

WHEREAS, the Debtor(s) are owners of property at 214 Marpe Rd., Johnsonville, NY 12094 ("Property") and Shellpoint Mortgage Servicing ("Creditor") is the holder of a note in the original amount of $140,500.00 ("Note") and mortgage ("Mortgage") against the Property securing the Note; and

WHEREAS, a Loss Mitigation Order granting Debtor(s)' Loss Mitigation Request was entered on June 2, 2015; and

1

WHEREAS, the Loss Mitigation Parties and their respective attorneys have negotiated in good faith and reached an agreement to modify the terms of the Note and Mortgage ("Loan Modification Agreement") and require court approval to enter into such modification.

NOW, IT IS HEREBY STIPULATED AND AGREED as follows:

1.    The automatic stay imposed by 11 U.S.C. § 362(a) upon the filing of the Debtor(s)' petition is hereby modified solely for the purpose of allowing the Debtor(s) and Creditor to execute and record a Loan Modification Agreement; and

2.    Debtors(s) and Creditor are hereby authorized to execute and record the Loan Modification Agreement annexed hereto as **Exhibit A**; and

3.    Below is a comparison of the terms of the Note and Mortgage and Loan Modification Agreement:

| Current Terms | | Modified Terms | |
| --- | --- | --- | --- |
| Unpaid Principal Balance | $ 140,755.71 | Unpaid Principal Balance | $ 167,018.76 |
| | | Principal Amount Forgiven | |
| Maturity Date | 3/1/2037 | Maturity Date | 2/1/2056 |
| | | Term of modification | 480 months |
| Payment Due Date | | Payment Due Date | 3/1/2016 |
| Monthly Payment | $ 1,339.29 | Monthly Payment | $ 1,225.75 |
| Principal and Interest | $ | Principal and Interest | $ 698.04 |
| Escrow | $ | Escrow | $ 527.71 |
| Interest Rate | 6.75% | Interest Rate | 4% |
| Other Salient Terms (*e.g.*, balloon payment) | | Other Salient Terms (*e.g.*, balloon payment) | Balloon Payment |
| | | Additional Amount Capitalized | $ |

4.    The secured claim for prepetition mortgage arrears filed by the Creditor as Claim No. 10 on the PACER Claim Register ("Claim") is deemed modified to reflect the amount paid by the

Trustee as of the date of entry of this order, with any and all balance due on said claim reduced to zero ($0.00); and

5.      The Trustee is hereby directed to cease all further payments to Creditor on the Claim and on any and all Notices of Postpetition Fees and Costs filed in connection with the Claim in this case.

6.      Creditor shall not be entitled to receive any further monthly payments under Debtor's proposed plan of reorganization from the Trustee, if applicable;

Dated: May 2, 2016                                      _____, Esq.
                                                        Justin Myers, Esq.
                                                        Barbaruolo Law Firm, P.C.
                                                        Attorney for Debtor(s)


Dated: 5|6|16                                           _____, Esq.
                                                        Scott A. Sydelnik, Esq.
                                                        Davidson Fink LLP
                                                        Attorney for Creditor


Dated:   5|10|16                                        by _____
                                                        Andrea E. Celli, Esq.
                                                        Standing Chapter 13 Trustee


###

3