**Fill in this information to identity the case:**

| | |
|---|---|
| Debtor 1 | Jeffery Okerman |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Northern District of New York, Albany Division    District of    NY (State) |
| Case Number | 1411739 |

Official Form 410S1

# Notice of Mortage Payment Change

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**
**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1**

**Court claim no (if known):** 10

**Date of payment change:** 02/01/2016
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: **1057**

**New total payment:** **$1,423.50**
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:**    **$494.63**    **New escrow payment:**    **$558.54**

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate note?**

☒ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**    **New interest rate:**
**Current principal and interest payment:**    **New principal and interest payment:**

## Part 3: Other Payment Adjustment

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:**    **New mortgage payment:**

| Debtor 1 | Jeffery Okerman | Case Number (if known) | 1411739 |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Stephanie St. Martin-Ancik                    Date    01/06/2016

Signature

| | | | | |
|---|---|---|---|---|
| **Print** | Stephanie St. Martin-Ancik | | Title | Bankruptcy Case Manager |
| Company | Shellpoint Mortgage Servicing | | | |
| Address | PO BOX 10826 | | | |
| | Greenville | SC | | 29603-0826 |
| Contact phone | (800) 365-7107 | | Email | mtgbk@shellpointmtg.com |

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                      (866) 467-1137<br>Email:    mtgbk@shellpointmtg.com |

RE:     Jeffery Okerman
Case No:   1411739

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  1/6/2016.

Northern District of New York, Albany Division
445 Broadway, Suite 330
Albany, NY  12207


Andrea Celli
7 Southwoods Blvd.
Albany, NY  12211-


Paula M Barbaruolo
12 Cornell Road

Latham, NY  12110-

Jeffery Okerman
214 Marpe Rd
Johnsonville NY  12094


/s/ Stephanie St. Martin-Ancik

Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC  29601
For Inquiries:  (800) 365-7107

Analysis Date:    December 18, 2015

Jeffery Okerman
214 Marpe Rd
Johnsonville NY  12094

Loan: 1057
Property Address:
214 Marpe Rd
Johnsonville, NY  12094

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Nov 2014 to Jan 2016.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2016: |
|---|---|---|
| Principal & Interest Pmt: | 864.96 | 864.96 |
| Escrow Payment: | 494.63 | 558.54 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,359.59 | $1,423.50 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2014 |
| Escrow Balance: | (9,175.62) |
| Anticipated Pmts to Escrow: | 11,871.12 |
| Anticipated Pmts from Escrow (-): | 2,491.70 |
| Anticipated Escrow Balance: | $203.80 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (5,727.37) |
| Nov 2014 | | | | 991.00 | * | Hazard | 0.00 | (6,718.37) |
| Dec 2014 | | 494.63 | | | * | | 0.00 | (6,223.74) |
| Jan 2015 | | | | 2,491.70 | * | City Tax | 0.00 | (8,715.44) |
| Mar 2015 | | 494.63 | | | * | | 0.00 | (8,220.81) |
| May 2015 | | 989.26 | | | * | | 0.00 | (7,231.55) |
| Jun 2015 | | 494.63 | | | * | | 0.00 | (6,736.92) |
| Sep 2015 | | | | 2,394.96 | * | School Tax | 0.00 | (9,131.88) |
| Nov 2015 | | 494.63 | | | * | | 0.00 | (8,637.25) |
| Nov 2015 | | | | 1,033.00 | * | Hazard | 0.00 | (9,670.25) |
| Dec 2015 | | 494.63 | | | * | | 0.00 | (9,175.62) |
| | | | | | | Anticipated Transactions | 0.00 | (9,175.62) |
| Dec 2015 | | 11,376.49 | | | | | | 2,200.87 |
| Jan 2016 | | 494.63 | | 2,491.70 | | Town Tax | | 203.80 |
| | $0.00 | $15,333.53 | $0.00 | $9,402.36 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date:  December 18, 2015

Jeffery Okerman

Loan:1057

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 203.80 | 986.55 |
| Feb 2016 | 493.31 | | | 697.11 | 1,479.86 |
| Mar 2016 | 493.31 | | | 1,190.42 | 1,973.17 |
| Apr 2016 | 493.31 | | | 1,683.73 | 2,466.48 |
| May 2016 | 493.31 | | | 2,177.04 | 2,959.79 |
| Jun 2016 | 493.31 | | | 2,670.35 | 3,453.10 |
| Jul 2016 | 493.31 | | | 3,163.66 | 3,946.41 |
| Aug 2016 | 493.31 | | | 3,656.97 | 4,439.72 |
| Sep 2016 | 493.31 | 2,394.96 | School Tax | 1,755.32 | 2,538.07 |
| Oct 2016 | 493.31 | | | 2,248.63 | 3,031.38 |
| Nov 2016 | 493.31 | | | 2,741.94 | 3,524.69 |
| Dec 2016 | 493.31 | 1,033.00 | Hazard | 2,202.25 | 2,985.00 |
| Jan 2017 | 493.31 | 2,491.70 | Town Tax | 203.86 | 986.61 |
| | $5,919.72 | $5,919.66 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computa

Your escrow balance contains a cushion of $986.61. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $986.61 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $203.80. Your starting balance (escrow balance required) according to this analysis should be $986.55. This means you have a shortage of $782.75. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $5,919.66. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | 493.31 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 65.23 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $558.54 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,358.27 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.