**Fill in this information to identity the case:**

| | |
|---|---|
| Debtor 1 | Jeffery Okerman |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Northern District of New York, Albany Division    District of    NY (State) |
| Case Number | 1411739 |

Official Form 410S1

# Notice of Mortage Payment Change

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**                                                                                          **Court claim no (if known):** 10

**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1**

**Date of payment change:** 07/01/2016
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account:    **1057**

**New total payment:** $1,224.63
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:**    $527.71        **New escrow payment:**    $526.59

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate note?**

☑ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** 4.00%                                                   **New interest rate:** 4.00%
**Current principal and interest payment:** $698.04        **New principal and interest payment:** $698.04

## Part 3: Other Payment Adjustment

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:**                            **New mortgage payment:**

| Debtor 1 | Jeffery Okerman | Case Number (if known) | 1411739 |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Barbara Lebiedziewicz                                Date    06/07/2016

Signature

| **Print** | Barbara Lebiedziewicz | Title | Bankruptcy Case Manager |
|---|---|---|---|
| Company | Shellpoint Mortgage Servicing | | |
| Address | PO BOX 10826 | | |
| | Greenville | SC | 29603-0826 |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |

Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC  29601
For Inquiries:  (800) 365-7107

Final

Analysis Date:    May 03, 2016

Jeffery Okerman
214 Marpe Rd
Johnsonville NY  12094

Loan:    1057
Property Address:
214 Marpe Rd
Johnsonville, NY  12094

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Feb 2016 to June 2016.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2016: |
|---|---|---|
| Principal & Interest Pmt: | 698.04 | 698.04 |
| Escrow Payment: | 527.71 | 526.59 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,225.75 | $1,224.63 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Apr 01, 2016 |
| Escrow Balance: | 494.63 |
| Anticipated Pmts to Escrow: | 1,583.13 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,077.76 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 986.55 | (11,284.02) |
| Feb 2016 | 493.31 | | | * | | 1,479.86 | (11,284.02) |
| Mar 2016 | 493.31 | 494.63 | | * | | 1,973.17 | (10,789.39) |
| Apr 2016 | 493.31 | 494.63 | | * | | 2,466.48 | (10,294.76) |
| Apr 2016 | | 1,887.20 | | * | Escrow Only Payment | 2,466.48 | (8,407.56) |
| May 2016 | 493.31 | | | * | | 2,959.79 | (8,407.56) |
| Jun 2016 | 493.31 | | | * | | 3,453.10 | (8,407.56) |
| | | | | | Anticipated Transactions | 3,453.10 | (8,407.56) |
| May 2016 | | 1,055.42 | | | | | (7,352.14) |
| Jun 2016 | | 527.71 | | | | | (6,824.43) |
| | $2,466.55 | $4,459.59 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $986.61 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Under your mortgage contract and State law, your lowest monthly balance should not exceed $986.61.

Shellpoint Mortgage Servicing — Final
For Inquiries: (800) 365-7107

Analysis Date:   May 03, 2016

Jeffery Okerman                                            Loan: ████1057

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 2,077.76 | 3,518.10 |
| Jul 2016 | 502.58 |  |  | 2,580.34 | 4,020.68 |
| Aug 2016 | 502.58 |  |  | 3,082.92 | 4,523.26 |
| Sep 2016 | 502.58 | 2,394.96 | School Tax | 1,190.54 | 2,630.88 |
| Oct 2016 | 502.58 |  |  | 1,693.12 | 3,133.46 |
| Nov 2016 | 502.58 |  |  | 2,195.70 | 3,636.04 |
| Dec 2016 | 502.58 | 1,033.00 | Hazard | 1,665.28 | 3,105.62 |
| Jan 2017 | 502.58 | 2,603.03 | Town Tax | (435.17) | 1,005.17 |
| Feb 2017 | 502.58 |  |  | 67.41 | 1,507.75 |
| Mar 2017 | 502.58 |  |  | 569.99 | 2,010.33 |
| Apr 2017 | 502.58 |  |  | 1,072.57 | 2,512.91 |
| May 2017 | 502.58 |  |  | 1,575.15 | 3,015.49 |
| Jun 2017 | 502.58 |  |  | 2,077.73 | 3,518.07 |
|  | $6,030.96 | $6,030.99 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,005.17. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $1,005.17 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Under your mortgage contract and State law, your lowest monthly balance should not exceed $1,005.17

Your ending balance from the last month of the account history (escrow balance anticipated) is $2,077.76. Your starting balance (escrow balance required) according to this analysis should be $3,518.10. This means you have a shortage of $1,440.34. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months.

We anticipate the total of your coming year bills to be $6,030.99. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | 502.58 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 24.01 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $526.59 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,200.62 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

Page 2

So Ordered.

Signed this 12 day of May, 2016.

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In re:

    Jeffrey T. Okerman and
    Autumn Okerman

                               Debtor(s).

Case No. 14-11739
Chapter 13

**STIPULATION AND ORDER AUTHORIZING PARTIES TO ENTER INTO LOAN MODIFICATION AND DIRECTING TREATMENT OF MORTGAGE CLAIM**

WHEREAS, the Debtor(s) are owners of property at 214 Marpe Rd., Johnsonville, NY 12094 ("Property") and Shellpoint Mortgage Servicing ("Creditor") is the holder of a note in the original amount of $140,500.00 ("Note") and mortgage ("Mortgage") against the Property securing the Note; and

WHEREAS, a Loss Mitigation Order granting Debtor(s)' Loss Mitigation Request was entered on June 2, 2015; and

1

Case 14-11739-rel Doc 67 Filed 05/12/16 Entered 05/12/16 16:27:22 Desc Main Document Page 2 of 8

WHEREAS, the Loss Mitigation Parties and their respective attorneys have negotiated in good faith and reached an agreement to modify the terms of the Note and Mortgage ("Loan Modification Agreement") and require court approval to enter into such modification.

NOW, IT IS HEREBY STIPULATED AND AGREED as follows:

1.  The automatic stay imposed by 11 U.S.C. § 362(a) upon the filing of the Debtor(s)' petition is hereby modified solely for the purpose of allowing the Debtor(s) and Creditor to execute and record a Loan Modification Agreement; and

2.  Debtors(s) and Creditor are hereby authorized to execute and record the Loan Modification Agreement annexed hereto as **Exhibit A**; and

3.  Below is a comparison of the terms of the Note and Mortgage and Loan Modification Agreement:

| Current Terms | | Modified Terms | |
|---|---|---|---|
| Unpaid Principal Balance | $ 140,755.71 | Unpaid Principal Balance | $ 167,018.76 |
| | | Principal Amount Forgiven | |
| Maturity Date | 3/1/2037 | Maturity Date | 2/1/2056 |
| | | Term of modification | 480 months |
| Payment Due Date | | Payment Due Date | 3/1/2016 |
| Monthly Payment | $ 1,339.29 | Monthly Payment | $ 1,225.75 |
| Principal and Interest | $ | Principal and Interest | $ 698.04 |
| Escrow | $ | Escrow | $ 527.71 |
| Interest Rate | 6.75% | Interest Rate | 4% |
| Other Salient Terms (*e.g.*, balloon payment) | | Other Salient Terms (*e.g.*, balloon payment) | Balloon Payment |
| | | Additional Amount Capitalized | $ |

4.  The secured claim for prepetition mortgage arrears filed by the Creditor as Claim No. 10 on the PACER Claim Register ("Claim") is deemed modified to reflect the amount paid by the

2

Trustee as of the date of entry of this order, with any and all balance due on said claim reduced to zero ($0.00); and

5. The Trustee is hereby directed to cease all further payments to Creditor on the Claim and on any and all Notices of Postpetition Fees and Costs filed in connection with the Claim in this case.

6. Creditor shall not be entitled to receive any further monthly payments under Debtor's proposed plan of reorganization from the Trustee, if applicable;

Dated: May 2, 2016

_____, Esq.
Justin Myers, Esq.
Barbaruolo Law Firm, P.C.
Attorney for Debtor(s)

Dated: 5/6/16

_____, Esq.
Scott A. Sydelnik, Esq.
Davidson Fink LLP
Attorney for Creditor

Dated: 5/10/16

_____
Andrea E. Celli, Esq.
Standing Chapter 13 Trustee

####

3

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                        (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Jeffery Okerman
    Debtor 2

Case No:    1411739

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 6/7/2016.

Northern District of New York, Albany Division
445 Broadway, Suite 330
Albany, NY  12207


Andrea Celli
Chapter 13 Standing Trustee
7 Southwoods Blvd
Albany, NY  12211-


Paula M Barbaruolo
12 Cornell Road

Latham, NY  12110-


Jeffery Okerman
214 Marpe Rd
Johnsonville NY  12094


/s/ Barbara Lebiedziewicz